UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTINA VAN ALLEN,**

    **Plaintiff,**

v.                                                                Case No: 8:22-cv-1867-MSS-MRM

**FERMENTED SCIENCES, INC.,**

    **Defendant.**

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Stipulation of Voluntary Dismissal, (Dkt. 29) and pursuant to Fed. R .Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Plaintiff Christina Van Allen's individual claims. The putative class claims are hereby dismissed without prejudice. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 12th day of June 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party